UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                    **DATE:** December 10, 2025

**JUDGE RUKHSANAH L. SINGH**

**ESR:** Mark Morelli

**TITLE OF CASE:**                                    **DOCKET # 3:20-CR-499-01 (RK)**
UNITED STATES OF AMERICA,
    vs.
TERRY HAUPT
        DEFENDANT PRESENT

**APPEARANCES:**
Ian Brater, AUSA for Government
Adam Axel, AFPD for Defendant
Blair Janulis, U.S. Probation Officer

**NATURE OF PROCEEDING:**   Violation of Supervised Release.
Initial Appearance held regarding Petition at Doc. No. 286.
Financial affidavit submitted/filed.
Hearing on application by defendant for appointment of counsel.
Ordered application granted.
Ordered Adam Axel, AFPD appointed as counsel.
Defendant advised of rights, charges and penalties.
Defendant waives formal reading of Petition.
Waiver of preliminary hearing executed and filed.
Defendant consents to detention with a right to make a bail application at a later time.
Order of Detention to be entered.
Ordered defendant remanded to the custody of the US Marshals.
Hearing on Violation of Supervised Release set for December 17, 2025 at 12:00 p.m. before United States District Court Judge Robert Kirsch in courtroom 4E.

Time Commenced:   11:20 a.m.
Time Adjourned:   11:27 a.m.
Total Time:       7 minutes

                                                    s/ Mark Morelli
                                                    **DEPUTY CLERK**